THE STATE OF KANSAS, ex rel. FRED S. JACKSON, as Attorney-general, etc., *Appellant*, v. THE ÆTNA INSURANCE COMPANY et al., *Appellees.*

No. 18,295.

Appeal from Shawnee district court. Opinion filed November 9, 1912. Dismissed.

*John S. Dawson,* attorney-general, *S. N. Hawkes,* assistant attorney-general, and *Fred S. Jackson,* of Eureka, for the appellant.

*Mulvane & Gault,* and *Hazen & Gaw,* all of Topeka, and *Thomas Bates,* of Chicago, for the appellees.

*Per Curiam:* Following the decision in *The State, ex rel., v. Insurance Co.,* ante, p. 9, the proceedings upon appeal are dismissed.